BEFORE THE THIRD DIVISION, APRIL 28, 1943

**No. 48243.**—Protest 61498–K of Atlantic Coast Fisheries Corporation (Boston).

Opinion by CLINE, J. In accordance with stipulation of counsel that the frozen frogs' legs in question are the same in all material respects as those the

subject of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) the claim at 10 percent under paragraph 1558 was sustained.